KYLE KITSON, SBN 276173
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA  94705
(510) 540-0878 x 308 tel
(510) 540-0403 fax
kkitson@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WEAVER<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | CIVIL NO.  2:24-cv-01957-CKD<br><br>ORDER, MOTION FOR EXTENSION OF TIME AND CERTIFICATE OF SERVICE |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 14 additional days to submit the Plaintiff's Brief, until November 3, 2024, with all other deadlines extended accordingly. Plaintiff's Brief is currently due October 20, 2024. Plaintiff requires additional time due to significant competing workloads. This is Plaintiff's first extension request.

                                                   Respectfully submitted,

                                                   Kyle Kitson,
                                                   Attorney for Plaintiff

Dated: October 15, 2024                 By:    */s/ Kyle Kitson*
                                          KYLE KITSON

|     |     |
| --- | --- |
| | Attorney for Plaintiff |
| Dated: October 15, 2024 | By:   /s/ *Justin Lane Martin* |
| | JUSTIN LANE MARTIN |
| | (as authorized via email on October 15, 2024) |
| | Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED.

Dated:  October 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE