```
1    KYLE KITSON, SBN 276173
2    Homeless Action Center
     3126 Shattuck Avenue
3    Berkeley, CA  94705
     (510) 540-0878 x 308 tel
4    (510) 540-0403 fax
     kkitson@homelessactioncenter.org
5
6    Attorney for Plaintiff
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER W.<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | CIVIL NO.  2:24-cv-01957-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff has 14 additional days to submit the Plaintiff's Reply, until January 31, 2025, with all other deadlines extended accordingly. Plaintiff's Reply is currently due January 17, 2025. Plaintiff requires additional time due to significant competing deadlines coinciding with Homeless Action Center's relocation to a new office in Berkeley this week.

                                                Respectfully submitted,

                                                Kyle Kitson,
                                                Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: January 14, 2025 | By: | /s/ *Kyle Kitson* |
| | | KYLE KITSON |
| | | Attorney for Plaintiff |
| Dated: January 14, 2025 | By: | /s/ *Oscar Gonzalez de Llano* |
| | | OSCAR GONZALEZ DE LLANO |
| | | (as authorized via email on January 14, 2025) |
| | | Attorney for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: January 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE